DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEROME L. THURSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-190

[April 13, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A Kollra, Jr., Judge; L.T. Case No. 18003824CF10A.

Jerome L. Thurston, DeFuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***